|  |  |
|---|---|
| WILBERT RADFORD, | Case No: C 10-2338 SBA |
| Plaintiff, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. |  |
| ST. REGIS HOTEL, |  |
| Defendant. |  |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Magistrate Judge Laporte to consider whether it is related to <u>Wilbert Radford v. Union Local #2</u>, Case No. 10-745 EDL.

IT IS SO ORDERED.

Dated: July 20, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge